# Order

**Supreme Court**
**Lansing, Michigan**

September 28, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

127622 & (39)(40)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

DAYLON LAMOND RANDALL,
        Defendant-Appellant.

SC: 127622
COA: 249892
Wayne CC: 03-004221-01

_____/

On order of the Court, the application for leave to appeal the October 26, 2004 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motions for immediate consideration and for peremptory reversal are DENIED.



    I, CORBIN R. DAVIS, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2005

_____
Clerk

d0919